UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Specialized Loan Servicing LLC

Case No: 20-17273 MBK

Chapter: 13

Judge: Michael B. Kaplan

In Re:
Lisa D. Gourdin-Dorneval aka Lisa Dorneval aka Lisa Gourdin aka Lisa D. Gourdin

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Specialized Loan Servicing LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 6/19/2020

**/s/ Denise  Carlon, Esquire**
Denise  Carlon, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*