UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF FRANCIS P. CULLARI
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225
(609) 383-3511, Fax (609) 383-3994
Email: cullari@comcast.net
Attorneys for Debtor(s)

Order Filed on June 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lisa D. Gourdin-Dorneval

Case No: 20-17273

Hearing Date: 06/1/2021 @9am

Judge: Michael B. Kaplan

**CONSENT ORDER RESOLVING DEBTOR'S MOTION
REINSTATING THE AUTOMATIC STAY**

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 7, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court by Francis P. Cullari, Esquire attorney for debtor, Lisa D. Gourdin-Dorneval, upon the filing of a Notice of Motion to Reinstate the Automatic Stay, and McCalla Raymer Leibert Pierce, LLC, attorney's for Specialized Loan Servicing LLC, having filed timely response to said Motion, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. The Order Granting Relief from the Automatic Stay, entered by this Court on March 25, 2021 is hereby vacated and the stay is reinstated as to Specialized Loan Servicing LLC and the property located at 80 John E Busch Avenue, Somerset, New Jersey, 08873.

2. The Debtor agrees to pay $731 in attorney fees and costs to specialized Loan Servicing LLC through Debtor's Chapter 13 Plan and Specialized Loan Servicing LLC may file supplemental claim for the fees and costs.

3. The Debtor agrees that if the regular monthly mortgage payment commencing June 1, 2021, is more than thirty (30) days late, Movant may send Debtor and Debtor's counsel a written Notice of Default of the Consent Order. If said Default is not cured within ten (10) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, waiving FED. R. Bankr. P. 3002.1.

We hereby consent to the form, content,
And entry of the within Order

/s/Francis P. Cullari                                            Date: 5-25-2021
Francis P. Cullari, Esq.
Attorney for Debtor

McCalla Raymer Leibert Pierce, LLC

                                                                 Date: 5-27-2021
Phillip A. Raymond, Esq.
Attorney for Secured Creditor