UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICE OF FRANCIS P. CULLARI
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225
(609) 383-3511, Fax (609) 383-3994
Email: cullari@comcast.net
Attorneys for Debtor(s)

**Order Filed on June 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lisa D. Gourdin-Dorneval

Case No: 20-17273

Hearing Date: 06/1/2021 @9am

Judge: Michael B. Kaplan

## CONSENT ORDER RESOLVING DEBTOR'S MOTION REINSTATING THE AUTOMATIC STAY

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 7, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court by Francis P. Cullari, Esquire attorney for debtor, Lisa D. Gourdin-Dorneval, upon the filing of a Notice of Motion to Reinstate the Automatic Stay, and McCalla Raymer Leibert Pierce, LLC, attorney's for Specialized Loan Servicing LLC, having filed timely response to said Motion, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. The Order Granting Relief from the Automatic Stay, entered by this Court on March 25, 2021 is hereby vacated and the stay is reinstated as to Specialized Loan Servicing LLC and the property located at 80 John E Busch Avenue, Somerset, New Jersey, 08873.

2. The Debtor agrees to pay $731 in attorney fees and costs to specialized Loan Servicing LLC through Debtor's Chapter 13 Plan and Specialized Loan Servicing LLC may file supplemental claim for the fees and costs.

3. The Debtor agrees that if the regular monthly mortgage payment commencing June 1, 2021, is more than thirty (30) days late, Movant may send Debtor and Debtor's counsel a written Notice of Default of the Consent Order. If said Default is not cured within ten (10) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, waiving FED. R. Bankr. P. 3002.1.

We hereby consent to the form, content,
And entry of the within Order

/s/Francis P. Cullari                                         Date: 5-25-2021
Francis P. Cullari, Esq.
Attorney for Debtor

McCalla Raymer Leibert Pierce, LLC

                                                              Date: 5.27.2021
Phillip A. Raymond, Esq.
Attorney for Secured Creditor

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa D. Gourdin-Dorneval  
    Debtor

Case No. 20-17273-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1  
Date Rcvd: Jun 08, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa D. Gourdin-Dorneval, 80 John E. Busche Ave., Somerset, NJ 08873-1327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Lisa D. Gourdin-Dorneval cullari@comcast.net |
| Phillip Andrew Raymond | on behalf of Creditor Specialized Loan Servicing LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5