| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Lisa D. Gourdin-Dorneval<br><br><br><br>Debtor(s) | Case No.: 20-17273 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 7/19/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  7/19/2022                                                                                        /s/  Kierstyn Buchanan
                                                                                                                      Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Lisa D. Gourdin-Dorneval<br>80 John E. Busche Ave.<br>Somerset, NJ   08873 | Debtor(s) | Regular Mail |
| FRANCIS P CULLARI, ESQ<br>1200 MILL RD.<br>Suite A<br>NORTHFIELD,  NJ   08225-1186 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |