Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−17273−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa D. Gourdin−Dorneval
   aka Lisa Dorneval, aka Lisa Gourdin, aka
   Lisa D. Gourdin
   80 John E. Busche Ave.
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−6655

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/24/22 at 09:00 AM

to consider and act upon the following:

*42* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/2/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 8/3/22

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                Case No. 20-17273-MBK

Lisa D. Gourdin-Dorneval                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                                Page 1 of 2

Date Rcvd: Aug 03, 2022                   Form ID: ntchrgbk                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa D. Gourdin-Dorneval, 80 John E. Busche Ave., Somerset, NJ 08873-1327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022                                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Lisa D. Gourdin-Dorneval cullari@comcast.net |
| Harold N. Kaplan | on behalf of Creditor CALIBER HOME LOANS INC. hkaplan@rasnj.com, informationathnk@aol.com |
| Phillip Andrew Raymond | on behalf of Creditor Specialized Loan Servicing LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 03, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7