UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Aleisha C Jennings (049302015)

In Re:

**Lisa D. Gourdin-Dorneval,**
**Aka Lisa Dorneval,**
**Aka Lisa Gourdin,**
**Aka Lisa D. Gourdin,**
    **Debtor.**

Order Filed on May 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     20-17273-MBK

Chapter:      13

Hearing Date: May 10, 2023

Judge:        Michael B. Kaplan

Recommended Local Form:     ☒ Followed     ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: May 11, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page **2**
Debtors:        Lisa D. Gourdin-Dorneval
Case No.:      20-17273-MBK
Caption of Order:  **Order Vacating Stay**

_____

Upon the motion of NewRez LLC D/B/A Shellpoint Mortgage Servicing ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

55 Stevens Avenue, Jersey City, NJ 07305

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-17273-MBK
Lisa D. Gourdin-Dorneval  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 12, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa D. Gourdin-Dorneval, 80 John E. Busche Ave., Somerset, NJ 08873-1327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Lisa D. Gourdin-Dorneval cullari@comcast.net |
| Harold N. Kaplan | on behalf of Creditor CALIBER HOME LOANS INC. hkaplan@rasnj.com, kimwilson@raslg.com |
| Phillip Andrew Raymond | on behalf of Creditor Specialized Loan Servicing LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 12, 2023 | Form ID: pdf903 | Total Noticed: 1

Sindi Mncina
          on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8