Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.:  20–17273–MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa D. Gourdin–Dorneval
   aka Lisa Dorneval, aka Lisa Gourdin, aka
   Lisa D. Gourdin
   80 John E. Busche Ave.
   Somerset, NJ 08873

Social Security No.:
   xxx–xx–6655

Employer's Tax I.D. No.:

---

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Lisa D. Gourdin–Dorneval</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.


Dated: June 8, 2023
JAN: mjb

                                                <u>Jeanne Naughton, Clerk</u>